United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael W. Corner
    Debtor

Case No. 16-17368-mdc
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 2 | Date Rcvd: Nov 22, 2016 |
| | Form ID: 139 | Total Noticed: 40 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.
```
db              Michael W. Corner,    824 Rhawn Street,    Philadelphia, PA   19111-2523
13810311       +CABELA'S CLUB VISA,    PO Box 82575,    Lincoln, NE 68501-2575
13810312       +CAN CAPITAL,    414 W 14th Street,    New York, NY 10014-1013
13810313       +CHASE,    PO BOX 1423,    CHARLOTTE NC 28201-1423
13810314        CNH CAPITAL, PRODUCTIVITY PLUS,    PO Box 78004,    Phoenix, AZ 85062-8004
13810315       +COMCAST,    PO BOX 3001,    SOUTHEASTERN, PA 19398-3001
13810318       +DISCOVER,    PO BOX 742655,    CINCINNATI, OH 45274-2655
13810316        Dex Media,    PO Box 619810,    DFW Airport, TX 75261-9810
13810319       +EMBRACE HOME LOANS,    PO Box 19210,    Charlotte, NC 28219-9210
13810320       +ERIC WILSON SNOW REMOVAL,    3202 Danley Road,    Philadelphia, PA 19154-1409
13810321       +FEENEY'S WHOLESALE NURSERY,    1381 ROUTE 413,    PO BOX 450,    BUCKINGHAM, PA 18912-0450
13810322       +FINANCIAL PACIFIC LEASING,    3455 S. 344th Way #300,    Federal Way, WA 98001-9546
13810323       +FUNDING CIRCLE USA INC,    PO BOX 398383,    SAN FRANCISCO CA 94139-0001
13810325       +KUBOTA CREDIT CORP,    4400 AMON CARTER BLVD.,    STE. 100,    FORT WORTH, TX 76155-2695
13810326       +LOWE'S BUSINESS CARD,    PO BOX 530970,    ATLANTA, GA 30353-0970
13810327        M&T Bank,    1 M&T Plaza,    Buffalo, NY 14203
13810329       +METRO CAST,    911 NORTH MARKET STREET,    BERWICK PA 18603-3127
13810328       +McGOVERN'S MARINE SERVICE,    300 CEDAR AVENUE,    CROYDON PA 19021-6051
13810331        NRA VISA,    FIRST BANKCARD,    OMAHA, NE  68103
13810333       +POLICE AND FIRE FEDERAL CREDIT UNION,    PO BOX 30495,    TAMPA, FL 33630-3495
13810334       +PRO-TECH AUTOMOTIVE,    7223 STATE ROAD,    PHILADELPHIA PA 19135-1400
13810335       +SANDY WALP, TAX COLLECTOR,    421 POND HILL MTN ROAD,    WAPWALLAPEN, PA  18660,
                 75 SANDY BEACH RD. 18660-1214
13810336       +SEARS CARD,    PO BOX 9001055,    LOUISVILLE, KY 40290-1055
13810337        STATE WORKERS INSURANCE FUND (SWIF),    100 Lackawanna Ave,    PO Box 5100,
                 Scranton,, PA 18505-5100
13810338       +SUNOCO,    PO BOX 78013,    PHOENIX, AZ 85062-8013
13810339       +THE HOME DEPOT,    PO BOX 9001030,    LOUISVILLE KY 40290-1030
13810340       +WAWA UNIVERSAL FLEET,    WEX BANK,    PO BOX 6293,    CAROLL STREAM IL 60197-6293
13810344       +WESTFIELD INSURANCE,    PO BOX 5001,    WESTFIELD CENTER, OH 44251-5001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 23 2016 02:15:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2016 02:15:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2016 02:15:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13810308       +EDI: AMEREXPR.COM Nov 23 2016 02:08:00     AMERICAN EXPRESS,    PO BOX 1270,
                 NEWARK, NJ 07101-1270
13810310        EDI: BANKAMER.COM Nov 23 2016 02:08:00     BANK OF AMERICA,    PO BOX 982235,
                 EL PASO, TX  79998
13810317       +EDI: RMSC.COM Nov 23 2016 02:08:00     DICK'S SPORTING GOODS,    SYNCHRONY BANK,    PO BOX 530916,
                 ATLANTA GA 30353-0916
13810324       +EDI: WFNNB.COM Nov 23 2016 02:08:00     GANDER MTN.,    PO BOX 659569,
                 SAN ANTONIO, TX 78265-9569
13810330       +E-mail/Text: bankruptcy@genpt.com Nov 23 2016 02:15:22     NAPA AUTO PARTS,
                 GENUINE PARTS COMPANY,    PO BOX 414988,    BOSTON, MA 02241-4988
13810332       +EDI: RMSC.COM Nov 23 2016 02:08:00     PC RICHARDS,    SYNCHRONY BANK,    PO BOX 960061,
                 ORLANDO, FL 32896-0061
13810341       +EDI: WFFC.COM Nov 23 2016 02:08:00     WELLS FARGO BUSINESSLINE,    PO BOX 29482,
                 PHOENIX, AZ 85038-9482
13810342       +EDI: WFFC.COM Nov 23 2016 02:08:00     WELLS FARGO MORTGAGE,    PO BOX 10335,
                 DES MOINTES IA 50306-0335
13810343       +EDI: WFFC.COM Nov 23 2016 02:08:00     WELLS FARGO VISA,    PO BOX 10347,
                 DES MOINES, IA 50306-0347
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13810309*      +AMERICAN EXPRESS,    PO BOX 1270,    NEWARK, NJ 07101-1270
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Nov 22, 2016
                              Form ID: 139                Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael W. Corner
824 Rhawn Street
Philadelphia, PA 19111−2523

Debtor(s)

Case No: 16−17368−mdc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−3292

---

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 2/23/17

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankrutpcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 11/22/16

9
Form 139