UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
**MICHAEL W. CORNER**          )    Case No. __16-17368__
                               )
          Debtor(s).           )    Chapter __7__

AMENDMENT TO LIST OF CREDITORS
AND MAILING MATRIX TO CHANGE ADDRESS OF PREVIOUSLY
<u>LISTED ENTITY (OR ADDRESSES OF PREVIOUSLY LISTED ENTITIES)</u>

1. For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is **amended to change the address of each such entity.** The attached list, consists of __1__ pages and a total of __1__ entities listed with their correct addresses.

2. As hereby amended (and as amended by any prior amendments filed and by any other amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, and E/F, the Schedules of Creditors Holding Claims, in this case),
- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;
- each entity required to be listed on Schedule H -

Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __18__ day of __NOVEMBER__, __2016__ by:

_Michael W. Corker_
Debtor

Executed on this ____ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

NRA VISA
FIRST BANKCARD
C/O FIRST NATIONAL BANK OF OMAHA
PO BOX 2340
OMAHA, NE  68102