IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 <br> ) |
| **MICHAEL W. CORNER,** | ) Case No. 16-17368 (MDC) <br> ) |
| Debtor. | ) <br> ) <br> ) |

## ORDER

AND NOW, upon consideration of the Application of Gary F. Seitz, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel it is hereby

ORDERED AND DECREED that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with <u>In re: Busy Beaver Building Centers, Inc.</u>, 19 F.3d 33 (3d Cir. 1994).

BY THE COURT:

*Magdeline D. Coleman*

Dated: December 12, 2016

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Office of the U.S. Trustee
Gary F. Seitz, Chapter 7 Trustee
Creditors
Debtor