IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*IN RE:*                                    :       CHAPTER 7
                                           :
MICHAEL W. CORNER                          :       CASE NO. 16-17368-mdc
                      Debtor               :

## CERTIFICATE OF NO RESPONSE

I certify that I have received no response from the attorney for the Debtor or the Trustee to the Motion for Relief from Stay and respectfully request this Honorable Court grant the Motion without a hearing.

DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
(610) 797-9000

Dated: December 12, 2016            By:    */s/ Douglas J. Smillie*
                                           Attorney for M&T Bank