IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*IN RE:* : CHAPTER 7
:
MICHAEL W. CORNER : CASE NO. 16-17368-mdc
      Debtor :

### ORDER

AND NOW, the 22nd day of December, 2016 upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2014 Crestliner 1650 Fishhawk boat, 2014 Mercury 60ELPT CT 4S E 60HP Motor, and 2015 Shore Lander Trailer described in the Motion, and it is further

ORDERED that the provisions of Fed.R.Bankr.P. 4001(a)(3) shall not apply.

                BY THE COURT:

                Magdeline D. Coleman, B.J.

Distribution list:

Michael W. Corner
824 Rhawn Street
Philadelphia, PA 19111-2523

Stephen M. Howard, Esq.
605 N. Broad Street
Lansdale, PA 19446
Attorney for Debtor

Gary F. Seitz
601 Walnut Street, Suite 280 S.
Philadelphia, PA 19106
Chapter 7 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA 18034-0219