United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael W. Corner  
    Debtor

Case No. 16-17368-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Virginia   Page 1 of 1   Date Rcvd: Dec 22, 2016  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
db        Michael W. Corner,    824 Rhawn Street,    Philadelphia, PA 19111-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Kubota bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
      GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
      STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net
      THOMAS I. PULEO    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                         TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 7 |
| | : | |
| MICHAEL W. CORNER | : | CASE NO. 16-17368-mdc |
| Debtor | : | |

## ORDER

AND NOW, the 22nd day of December, 2016 upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2014 Crestliner 1650 Fishhawk boat, 2014 Mercury 60ELPT CT 4S E 60HP Motor, and 2015 Shore Lander Trailer described in the Motion, and it is further

ORDERED that the provisions of Fed.R.Bankr.P. 4001(a)(3) shall not apply.

BY THE COURT:

Magdeline D. Coleman, B.J.

Distribution list:

Michael W. Corner
824 Rhawn Street
Philadelphia, PA 19111-2523

Stephen M. Howard, Esq.
605 N. Broad Street
Lansdale, PA 19446
Attorney for Debtor

Gary F. Seitz
601 Walnut Street, Suite 280 S.
Philadelphia, PA 19106
Chapter 7 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA 18034-0219