IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael W. Corner <br> _Debtor_ | CHAPTER 7 |
| Kubota <br> _Movant_ <br> vs. | NO. 16-17368 MDC |
| Michael W. Corner <br> _Debtor_ | |
| Gary F. Seitz Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Kubota, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 17758 Kubota RTV-X1100CWL-H in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 4th day of Jan., 2017.

_Magdeline D. C_____
United States Bankruptcy Judge.

cc: See attached service list