UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL W. CORNER, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | Case No.: 16-17368-mdc |
| | ) | |

## CERTIFICATE OF SERVICE

I, **STEPHEN M. HOWARD, ESQUIRE**, Counsel for Debtor, Michael W. Corner, certify that on January ___, 2017, I served a copy of the Response to Objection of the Chapter 7 Trustee to the Debtor's Claim of Exemptions on the following:

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
The Curtis Center
601 Walnut Street, Suite 470 West
Philadelphia, PA  19106

Stephen M. Howard, Esquire