### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 7** |
| **MICHAEL W. CORNER,** | ) |
| | ) |
| Debtor. | ) **Case No. 16-17368-MDC** |
| | ) |
| | ) |

### CERTIFICATE OF NO RESPONSE

On July 13, 2017, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") filed the Motion for Entry of Order Authorizing the Chapter 7 Trustee to Sell Real Property under Section 363(b) (the "Motion"). On July 13, 2017, the Trustee also filed the Notice of the Motion. Responses to the Motion were due on or before August 3, 2017. This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motion have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: 8/8/2017                    GELLERT SCALI BUSENKELL & BROWN, LLC

                                By:    */s/ Holly E. Smith*
                                       Holly E. Smith, Esquire
                                       601 Walnut Street, Suite 750 West
                                       The Curtis Center
                                       Philadelphia, PA 19106
                                       Telephone: (215) 238-0010
                                       Facsimile: (215) 238-0016
                                       Email: hsmith@gsbblaw.com

                                       Counsel to the Chapter 7 Trustee