IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 ) ) |
| MICHAEL W. CORNER, | ) Case No. 16-17368-mdc ) |
| Debtor. | ) ) ) |

## ORDER

Upon consideration of the Motion (the "Motion") filed by Gary F. Seitz, Chapter 7 Trustee (the "Trustee) of the bankruptcy estate of Michael W. Corner, for the entry of an Order Authorizing the Trustee to Sell Real Property Subject to Any and All Liens, Claims and Interests Pursuant to Section 363(b) of Title 11 of the Bankruptcy Code, and the Court being satisfied that:

(i) the sale of the Real Property is necessary and is in the best interest of the Trustee, Debtor, his creditors and his estate;

(ii) the sale of the Real Property contemplated by the Motion being a sound exercise of the Trustee's business judgment and being in good faith;

(iii) the sale of the Real Property is the product of good faith, arm's length negotiations between the Trustee and Buyer.

(iv) and appearing that notice of the Motion having been given to the Office of the United States Trustee, the Debtor, creditors and other notice parties;

(v) and it appearing that no other notice need be given;

(vi) this Court having jurisdiction over the Motion;

(vii) after any proceedings in respect of this matter; and

(viii) sufficient cause appearing therefore, it is hereby:

ORDERED that pursuant to §§ 363(b) of the Bankruptcy Code, the Trustee is authorized and empowered to sell the Real Property, where is, as is, without representation, warranty, statement or guaranty whether express or implied, Subject to Any and All interests, for due consideration pursuant to the Agreement of Sale, attached to the Motion as <u>Exhibit A</u>; it is further

ORDERED that Pursuant to Bankruptcy Rules 6004(h), 7062 and 9014 this Order shall be effective and enforceable immediately upon entry, and the Trustee and the Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) and is hereby waived.


Dated: Philadelphia, Pennsylvania

August -15, 2017

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE