United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17368-mdc
Michael W. Corner                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1          Date Rcvd: Aug 15, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
db              Michael W. Corner,   824 Rhawn Street,   Philadelphia, PA  19111-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Kubota bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
          GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,   hsmith@gsbblaw.com
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
           gfs@trustesolutions.net;hsmith@gsbblaw.com
          GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
          STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| MICHAEL W. CORNER, | ) ) Case No. 16-17368-mdc ) |
| Debtor. | ) ) ) |

## ORDER

Upon consideration of the Motion (the "Motion") filed by Gary F. Seitz, Chapter 7 Trustee (the "Trustee) of the bankruptcy estate of Michael W. Corner, for the entry of an Order Authorizing the Trustee to Sell Real Property Subject to Any and All Liens, Claims and Interests Pursuant to Section 363(b) of Title 11 of the Bankruptcy Code, and the Court being satisfied that:

(i) the sale of the Real Property is necessary and is in the best interest of the Trustee, Debtor, his creditors and his estate;

(ii) the sale of the Real Property contemplated by the Motion being a sound exercise of the Trustee's business judgment and being in good faith;

(iii) the sale of the Real Property is the product of good faith, arm's length negotiations between the Trustee and Buyer.

(iv) and appearing that notice of the Motion having been given to the Office of the United States Trustee, the Debtor, creditors and other notice parties;

(v) and it appearing that no other notice need be given;

(vi) this Court having jurisdiction over the Motion;

(vii) after any proceedings in respect of this matter; and

(viii) sufficient cause appearing therefore, it is hereby:

ORDERED that pursuant to §§ 363(b) of the Bankruptcy Code, the Trustee is authorized and empowered to sell the Real Property, where is, as is, without representation, warranty, statement or guaranty whether express or implied, Subject to Any and All interests, for due consideration pursuant to the Agreement of Sale, attached to the Motion as <u>Exhibit A</u>; it is further

ORDERED that Pursuant to Bankruptcy Rules 6004(h), 7062 and 9014 this Order shall be effective and enforceable immediately upon entry, and the Trustee and the Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) and is hereby waived.

Dated: Philadelphia, Pennsylvania

_August 15_, 2017

_Magdeline D. C_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE