IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: MICHAEL W. CORNER | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |
| | : | CASE NO: 16-17368 |
| | : | |

**NOTICE OF ADDRESS CHANGE**

Funding Circle Partners, LP, FC Marketplace, LLC hereby changes its address for its claim number 12 filed in this case.

Previous Address:  747 Front Street, 4th Floor
San Francisco, CA  94111

New Address for Notices:  FC Marketplace, LLC c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0701
610-228-2570
FCMarketplace@becket-lee.com

New Address for Payments:  FC Marketplace, LLC c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0701
610-228-2570
payments@becket-lee.com

Respectfully Submitted,

By: /s/ Christopher Cramer

Christopher S Cramer, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:     10/6/2017