Certificate Number: 02998-PAE-DE-028411492

Bankruptcy Case Number: 16-17368



02998-PAE-DE-028411492

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 28, 2016, at 10:49 o'clock AM EST, Michael W Corner completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 28, 2016               By:    /s/Shana Walker

                                        Name:  Shana Walker

                                        Title: Counselor