United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17368-mdc
Michael W. Corner                                                      Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia             Page 1 of 1            Date Rcvd: Dec 12, 2017
                              Form ID: 211               Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
db             Michael W. Corner,   824 Rhawn Street,   Philadelphia, PA  19111-2523
aty           +Gellert Scali Busenkell & Brown LLC,   The Curtis Center,   Suite 280 South,
                601 Walnut Street,   Philadelphia, PA 19106-3323
cr            +FC Marketplace, LLC,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern, PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Dec 13 2017 01:11:17      M&T Bank,   PO Box 767,
                Buffalo, NY  14240-0767
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Kubota bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    hsmith@gsbblaw.com
              GARY F. SEITZ     gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
              STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                          Chapter: 7

    Michael W. Corner

Debtor(s)                                                  Case No: 16−17368−mdc

___

***ORDER***

AND NOW, 12/12/17 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 12/26/17 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                     For The Court

                                                     Magdeline D. Coleman

                                                     Judge ,United States Bankruptcy Court