## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| **MICHAEL W. CORNER,** | ) Chapter 7 |
| | ) |
| Debtor. | ) Case No. 16-17368-MDC |
| | ) |

## CERTIFICATE OF NO RESPONSE

On December 13, 2017, Gellert Scali Busenkell & Brown LLC (GSB&B LLC), General Counsel to Gary F. Seitz, Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") filed its First and Final Fee Application for Compensation and Reimbursement of Expenses (the "Application"). On December 13, 2017, GSB&B LLC also filed the Notice of the Application. Responses to the Application were due on or before January 3, 2018. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: 01/04/2018        GELLERT SCALI BUSENKELL & BROWN, LLC

By:    */s/ Holly E. Smith*
Holly E. Smith, Esquire
601 Walnut Street, Suite 750 West
The Curtis Center
Philadelphia, PA 19106
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmith@gsbblaw.com

Counsel to the Chapter 7 Trustee