IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| **MICHAEL W. CORNER,** ) | |
| ) | Case No. **16-17368-MDC** |
| Debtor. ) | |
| ) | |

### ORDER

Upon consideration of the First and final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of November 22, 2015 through December 6, 2017 (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and that compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a Chapter 7 administrative expense claim for services rendered in the amount of $6,034.50 and reimbursement of actual expenses in the amount of $599.28 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

January 22, 2018

*[signature]*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Interested Parties:
Office of the U.S. Trustee
Debtor
Debtor's Counsel
Trustee
Counsel for Trustee