United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael W. Corner  
    Debtor

Case No. 16-17368-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 22, 2018  
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.  
db         Michael W. Corner,    824 Rhawn Street,    Philadelphia, PA   19111-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Kubota bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com  
         GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, hsmith@gsbblaw.com  
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com  
         GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com  
         HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com  
         HOLLY ELIZABETH SMITH    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC hsmith@gsbblaw.com  
         STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net  
         THOMAS I. PULEO    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                   TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | ) | |
|---|---|---|
| | ) | Chapter 7 |
| MICHAEL W. CORNER, | ) | |
| | ) | Case No. 16-17368-MDC |
| Debtor. | ) | |
| | ) | |

## ORDER

Upon consideration of the First and final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of November 22, 2015 through December 6, 2017 (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and that compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a Chapter 7 administrative expense claim for services rendered in the amount of $6,034.50 and reimbursement of actual expenses in the amount of $599.28 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

January 22, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Interested Parties:
Office of the U.S. Trustee
Debtor
Debtor's Counsel
Trustee
Counsel for Trustee