REQUESTOR'S NAME:  Wells Fargo Bank, N.A.

CORRESPONDENCE ADDRESS:  Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-8650

TELEPHONE NO.:  888-715-4315

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br>MICHAEL W CORNER | Case No.: 16-17368<br><br>Chapter: 7<br><br>PAYMENT REMITTANCE CHANGE OF ADDRESS NOTICE |
|---|---|

Court's Claim Number: **2**

Proof of Claim Amount: **$54,475.16**

NEW ADDRESS:  Wells Fargo Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051

Dated: 02/15/2018

/s/ Veronica Pacheco
Signature

V/P :Loan Administration Manager
Title