IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: SEPTEMBER 18, 2018

IN RE:                                              :        Chapter 7

MICHAEL W. CORNER
        Debtor(s)                         :        Bankruptcy No.16-17368 mdc

## CERTIFICATION OF COSTS

    The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before.

    The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | N/A | |
| Claims | N/A | |
| Certifications | N/A | |
| Adversary Complaints | N/A | |
| Copies | N/A | |
| TOTAL: | | $0.00 |

Dated at Philadelphia, Pennsylvania
this 18TH day of SEPTEMBER

                    TIMOTHY B. MCGRATH, Clerk


                    By: <u>Linda M. LoBosco</u>
                         Deputy Clerk

Certcost 8/99