United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael W. Corner
    Debtor

Case No. 16-17368-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Linda    Page 1 of 1    Date Rcvd: Sep 18, 2018
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
db        Michael W. Corner,    824 Rhawn Street,    Philadelphia, PA 19111-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
       BRIAN CRAIG NICHOLAS   on behalf of Creditor   Kubota bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
       DOUGLAS J. SMILLIE   on behalf of Creditor   M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
       GARY F SEITZ   on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, hsmith@gsbblaw.com
       GARY F. SEITZ   gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
       GARY F. SEITZ   on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
       HOLLY SMITH MILLER   on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
       HOLLY SMITH MILLER   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com
       STEPHEN M. HOWARD   on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net
       THOMAS I. PULEO   on behalf of Creditor   Kubota tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
       TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: SEPTEMBER 18, 2018

IN RE:                                         :        Chapter 7

MICHAEL W. CORNER
    Debtor(s)                           :        Bankruptcy No.16-17368 mdc

## CERTIFICATION OF COSTS

The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | N/A | |
| Claims | N/A | |
| Certifications | N/A | |
| Adversary Complaints | N/A | |
| Copies | N/A | |
| TOTAL: | | $0.00 |

Dated at Philadelphia, Pennsylvania
this 18TH day of SEPTEMBER

            TIMOTHY B. MCGRATH, Clerk


            By: Linda M. LoBosco
                Deputy Clerk

Certcost 8/99