**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Michael W. Corner, | : | |
| Debtor. | : | Bankruptcy No. 16-17368-MDC |

# **O R D E R**

    **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order dated February 15, 2019,[1] is hereby **VACATED**.

Dated: March 4, 2019

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Stephen M. Howard, Esquire
605 N. Broad Street
Lansdale, PA 19446

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Boulevard, Suite 1901
Philadelphia, PA 19103

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 74.