**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **MICHAEL W. CORNER** | : | Case No. 16-17368-MDC |
| | : | |
| | : | Chapter 7 -- Liquidation |
| | : | |
| **Debtor(s).** | : | |
| | : | |

**CERTIFICATE OF NO RESPONSE**

On February 6 ,2019, the United States Trustee filed the Trustee's Final Report (the "Final Report") on behalf of Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor. On February 8, 2019, the Trustee filed The Final Report and Application for Trustee's Compensation and Expenses (the "Application"). On the same date, the Trustee filed a Notice of the Trustee's Final Report and Application for Compensation and Deadline to Object (the "Final Audit"). Responses to the Final Report and Application were due on or before March 1 ,2019. This Court's docket reflects that no objections were filed to the Final Report and Application. Additionally, no objections to the Final Report and Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to The Trustee's Final Report and Application for Trustee's Compensation and Expenses, be entered at the Court's earliest convenience.

Dated: March 5, 2019

GELLERT SCALI BUSENKELL & BROWN LLC

By:  */s/ Gary F. Seitz*
Gary F. Seitz (PA ID #52865)
Holly S. Miller (PA ID #203979)

8 Penn Center  
1628 John F. Kennedy Blvd, Suite 1901  
Philadelphia, PA 19103  
Telephone: 215-238-0012  
Facsimile: 215-238-0016  
gseitz@gsbblaw.com  
hsmiller@gsbblaw.com  
*The Chapter 7 Trustee*