UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
MICHAEL W. CORNER : Case No. 16-17368-MDC
:
: Chapter 7 -- Liquidation
Debtor :
:

## ORDER APPROVING FINAL REPORT AND DISTRIBUTION

Upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED that the Final Report is APPROVED and

IT IS FURTHER ORDERED that the Trustee, GARY F. SEITZ, is authorized to (i) distribute to the parties in interest listed in the Proposed Distribution Schedule(s) filed of record, estate monies in the amounts indicated in such Schedule(s) and (ii) transmit to the United States Trustee, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_____
Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE

DATED. March 6, 2019