United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17368-mdc
Michael W. Corner                                                         Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 04, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db              Michael W. Corner,    824 Rhawn Street,    Philadelphia, PA  19111-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
            BRIAN CRAIG NICHOLAS    on behalf of Creditor    Kubota bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
            GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
            GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net
            GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,   gfs@trustesolutions.net
            HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
            HOLLY SMITH MILLER    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
             hsmiller@gsbblaw.com
            STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net
            THOMAS I. PULEO    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Michael W. Corner, | : | |
| Debtor. | : | Bankruptcy No.  16-17368-MDC |

# O R D E R

       **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order

dated February 15, 2019,[1] is hereby **VACATED**.

Dated:  March 4, 2019

                               MAGDELINE D. COLEMAN
                               UNITED STATES BANKRUPTCY JUDGE

Stephen M. Howard, Esquire
605 N. Broad Street
Lansdale, PA 19446

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Boulevard, Suite 1901
Philadelphia, PA 19103

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 74.