United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Michael W. Corner   
    Debtor

Case No. 16-17368-mdc   
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Virginia          Page 1 of 1       Date Rcvd: Mar 06, 2019
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
db          Michael W. Corner,    824 Rhawn Street,    Philadelphia, PA 19111-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Kubota bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
         GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
         GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net
         HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
         HOLLY SMITH MILLER    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com
         STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net
         THOMAS I. PULEO    on behalf of Creditor    Kubota tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) CASE NO. 16-17368-MDC |
| MICHAEL W. CORNER | ) |
| | ) CHAPTER 7 - - Liquidation |
| | ) |
| Debtor(s). | ) |
| | ) |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $9,420.65 is reasonable compensation for the services in this case by Gary F. Seitz, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $154.96 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

Dated: _March 6, 2019_

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge

cc: Debtor
Debtor's Counsel
United States Trustee
Trustee
Counsel for Trustee
Creditors