**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL W. CORNER | Bankruptcy No. 16-17368-MDC |
| Debtor | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,**
**DISCHARGING TRUSTEE, AND CLOSING ESTATE**

Upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

By the Court:

July 23, 2020

Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE