United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael W. Corner  
     Debtor

Case No. 16-17368-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina      Page 1 of 1      Date Rcvd: Jul 24, 2020  
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.  
db          Michael W. Corner,    824 Rhawn Street,    Philadelphia, PA   19111-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:  
        BRIAN CRAIG NICHOLAS     on behalf of Creditor    Kubota bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        DOUGLAS J. SMILLIE     on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com  
        GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  
        GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net  
        GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net  
        HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com, abrown@gsbblaw.com  
        HOLLY SMITH MILLER    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com, abrown@gsbblaw.com  
        STEPHEN M. HOWARD    on behalf of Debtor Michael W. Corner smhlegalsolutions@verizon.net  
        THOMAS I. PULEO     on behalf of Creditor    Kubota tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL W. CORNER | Bankruptcy No. 16-17368-MDC |
| Debtor | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE**

Upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

By the Court:

July 23, 2020

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE